**Bruce E. Disenhouse, 078760**
bruce@disenhouselaw.net
DISENHOUSE LAW APC
3833 Tenth Street
Riverside, California 92501
T: 951-530-3710
F: 951-543-4239

Attorneys for Defendants COUNTY OF RIVERSIDE, DEAN COLBERT, GARY LeCLAIR, JOHN DEL VALLE and BRIAN SINCLAIR

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERENCE WYATT,<br><br>    Plaintiffs,<br><br>v.<br><br>DEAN COLBERT, an individual; GARY LeCLAIR, an individual; BRIAN SINCLAIR, an individual; JOHN DEL VALLE, an individual; COUNTY OF RIVERSIDE, a public entity; and DOES 1 to 10,<br><br>    Defendants.<br>_____ | CASE NO.: 15-cv-586 CBM (FFMx)<br><br>*Honorable Judge Consuelo B. Marshall*<br><br>ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE [FRCP 41]<br><br>[JS-6] |

IT IS HEREBY ORDERED that pursuant to the settlement entered into by the parties, this action is dismissed in its entirety with prejudice, each side to bear their own fees and costs.

Date: JANUARY 27, 2017

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

---

1
ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE